**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS JOHN HEILMAN | ) | No. CV 14-6298-JVS-CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| A. DILLEN, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: January 26, 2016

_____
JAMES V. SELNA
United States District Judge