JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS JOHN HEILMAN,** Plaintiff, v. **A. DILLEN, et al.,** Defendants. | Case No. 2:14-cv-06298 JVS (FFM) **ORDER** |

In accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE.** Each party is to bear its own litigation costs and attorney's fees.

Dated: October 10, 2018

_____
The Honorable James V. Selna

1